IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JENNIFER JOYNER CLELAND, | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | 5:17-CV-426-BO |
| STANLEY BOYD GREEN and | ) | |
| TRUSTEE JOHN F. LOGAN | ) | |
| Appellees. | ) | |
| | | |
| STANLEY BOYD GREEN, | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | 5:17-CV-425-BO |
| | ) | |
| JENNIFER JOYNER CLELAND and | ) | |
| TRUSTEE JOHN F. LOGAN, | ) | |
| Appellees. | ) | |

ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN
DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

These causes come before the Court on a motion by appellant Jennifer Joyner Cleland to consolidate these matters with an earlier filed action, Stanley Boyd Green v. Jennifer Joyner Cleland and Trustee John F. Logan, No: 5:17-CV-425-BO. For the reasons discussed below, the motion to consolidate is granted.

Rule 42(a) of the Federal Rules of Civil Procedure permits consolidation of actions involving common questions of law or fact. This Court has broad discretion in determining whether to consolidate actions pending before it. *A/S J. Ludwig Mowinckles Rederi v. Tidewater Const. Co.*, 559 F.2d 928, 933 (4th Cir. 1977). These actions are pending in this district on appeal from a bankruptcy order. The appellants and appellees are identical. The Court approves the motion of the parties to consolidate their substantive appeals.

For the foregoing reasons, JENNIFER J. CLELAND's motion to CONSOLIDATE cases 5:17-CV-425-BO and 5:17-CV-426-BO is GRANTED. These actions shall proceed under the caption at case number 5:17-CV-426-BO. The clerk is DIRECTED to enter this order in each of the now-consolidated actions and to administratively close the file of case number 5:17-CV-425-BO. At the appropriate time, this matter shall be reopened so that judgment may be entered therein.

SO ORDERED, this the 22 day of September, 2017.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE